# IN THE SUPREME COURT OF THE STATE OF NEVADA

ELEANOR DRESDEN,
Appellant,
vs.
ED'S STATIONS INC., A DOMESTIC
CORPORATION, D/B/A AM PM,
Respondent.

No. 70407

**FILED**

JUN 27 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Pursuant to appellant's notice of withdrawal of appeal file on May 24 ,2016, this appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc: Hon. Michelle Leavitt, District Judge
Moss Berg Injury Lawyers
Law Offices of Elizabeth R. Mikesell
Eighth District Court Clerk

16 - 20015